LAWRENCE BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHBIR KAUR MARAIYA, | No. 08-cv-F-1761 OWW GSA |
| Plaintiff, | STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff challenged the delay in adjudication of her applications for naturalization by defendant United States Citizenship and Immigration Services. As of the time of this filing, this application has been adjudicated. Accordingly, the parties stipulate to the dismissal of this lawsuit.

Dated: January 21, 2009

                                       LAWRENCE BROWN
                                       Acting United States Attorney

By: /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By: /s/ James M. Makasian
      James M. Makasian
      Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.

IT IS SO ORDERED.

Dated:   January 21, 2009                              /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE